**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN ERIK GURULE, | ) | No. ED CV 12-823-DDP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MATTHEW CATE, <u>et</u> <u>al.</u>, | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 10, 2012

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE